# PD-0514-15

NO. _____

| | | |
|---|---|---|
| WILLIAM GRANT DORSETT | § | IN THE |
| VS. | § | COURT OF CRIMINAL APPEALS |
| STATE OF TEXAS | § | AUSTIN, TEXAS |

RECEIVED IN
COURT OF CRIMINAL APPEALS

MAY 04 2015

Abel Acosta, Clerk

## MOTION TO EXTEND TIME TO FILE
## PETITION FOR DISCRETIONARY REVIEW

TO THE HONORABLE JUDGES OF SAID COURT:

Now comes WILLIAM GRANT DORSETT, Appellant in the above styled and numbered cause, and moves this Court to grant an extension of time to file a petition for discretionary review, pursuant to Rule 68.2( C) and 10.5(b) of the Texas Rules of Appellate Procedure, and for good cause shows the following:

FILED IN
COURT OF CRIMINAL APPEALS

MAY 04 2015

Abel Acosta, Clerk

1. This case is on appeal from the 173rd District Court of Henderson County, Texas.

2. The case in the trial court was styled the State of Texas v. William Grant Dorsett, and numbered B-19,825.

3. The case appealed to the Twelfth Court of Appeals in Tyler, Texas and assigned number 12-14-00027-CR. The Court of Appeals issued an opinion on March 31, 2015.

4. Appellant was convicted of Theft by Deception and was assessed a sentence of three (3) years in the Texas Department of Criminal Justice - Institutional Division.

5. The petition for discretionary review is presently due by April 30, 2015. Appellant is currently representing himself and needs an additional sixty (60) days to prepare his Petition for Discretionary Review.

6. Defendant is out on an appeal bond set by the trial court.

**WHEREFORE, PREMISES CONSIDERED,** Appellant prays that this Court grant this Motion To Extend Time to File the Petition for Discretionary Review, and

for such other and further relief as the Court may deem appropriate.

Respectfully submitted,

William Grant Dorsett
1931 CR 1032
Greenville, Texas 75401
903-714-8778

By: _William Grant Dorsett_
William Grant Dorsett, Pro Se

## CERTIFICATE OF SERVICE

This is to certify that on ___April 27-15___, 2015, a true and correct copy of the above and foregoing document was served on Scott McKee, Henderson County District Attorney, 109 West Corsicana Street, Suite 103, Athens, Texas 75751, by certified mail, return receipt requested.

_William Grant Dorsett_
William Grant Dorsett, Pro Se

STATE OF TEXAS            §

COUNTY OF SMITH       §

## AFFIDAVIT

**BEFORE ME**, the undersigned authority, on this day personally appeared

James W. Huggler, Jr., who after being duly sworn stated:

"I am the attorney for the appellant in the above numbered and entitled

cause. I have read the foregoing Motion To Extend Time to File Petition

for Discretionary Review and swear that all of the allegations of fact

contained therein are true and correct."

_____

William Grant Dorsett, Pro Se

**SUBSCRIBED AND SWORN TO BEFORE ME** on this the 27th day of

April_____, 2015, to certify which witness my hand and seal of office.

_____

Notary Public, State of Texas

My Commission expires 7-19-2018

AMIE JANE GONZALEZ
Notary Public, State of Texas
My Commission Expires
July 19, 2018